IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS ENTERPRISES OF
FLORIDA, LLC,

Appellant,

v.

DESTIN CASTLES REALTY,
INC.,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4125

Opinion filed June 15, 2016.

An appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge, and Keith Brace, Senior Judge.

Larry H. Hipsh, III, Fort Walton Beach, for Appellant.

George M. Gingo and Catherine J. Jones, Legal Ninja, LLC, Titusville, for
Appellee.

PER CURIAM.

        AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.